**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| REVERSE MORTGAGE FUNDING LLC, | ) | Case No. 22-11224 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 80-0860209 | ) | |
| In re: | ) | Chapter 11 |
| REVERSE MORTGAGE INVESTMENT TRUST INC., | ) | Case No. 22-11225 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 46-4013421 | ) | |
| In re: | ) | Chapter 11 |
| RMIT CASH MANAGEMENT LLC, | ) | Case No. 22-11226 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 38-3926241 | ) | |
| In re: | ) | Chapter 11 |
| RMIT OPERATING I LLC, | ) | Case No. 22-11227 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 37-1751844 | ) | |
| In re: | ) | Chapter 11 |
| RMIT OPERATING II LLC, | ) | Case No. 22-11228 (MFW) |
| Debtor. | ) | |
| Tax I.D. No. 61-1732301 | ) | |

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 22-11225 (MFW).

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVERSE MORTGAGE INVESTMENT TRUST INC., *et al*.,[1] | ) ) | Case No. 22-11225 (MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n).

5. A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors other than Reverse Mortgage Investment Trust Inc. to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Local Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing the joint administration of the chapter 11 cases of: Reverse Mortgage Funding LLC., Case No. 22-11224; Reverse Mortgage Investment Trust Inc., Case No. 22-11225; RMIT Cash Management LLC, Case No. 22-11226; RMIT Operating I LLC, Case No. 22-11227; and RMIT Operating II LLC, Case No. 22-11228. **All further pleadings and other papers shall be filed, and all further docket entries shall be made, in Case No. 22-11225 (MFW), and such docket should be consulted for all matters affecting these chapter 11 cases**.

6. One consolidated docket, one file, and one consolidated service list shall be maintained by the Debtors and kept by the clerk of the Court with the assistance of the notice and claims agent retained by the Debtors in these chapter 11 cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Reverse Mortgage Investment Trust Inc. (3421); Reverse Mortgage Funding LLC (0209); RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC (2301). The location of the Debtors' service address for purposes of these cases is: 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

12. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.