# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| REVERSE MORTGAGE INVESTMENT TRUST INC., *et al.*,[1] | Case No. 22-11225 (MFW) |
|  | (Joint Administration Requested) |
| Debtors. |  |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE CREDITOR MATRIX

**PLEASE TAKE NOTICE** that pursuant to rule 9018-1(d)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession (collectively, the "Debtors") have today filed the proposed redacted version of the Creditor Matrix[2] attached hereto as **Exhibit A** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Reverse Mortgage Investment Trust Inc. (3421); Reverse Mortgage Funding LLC (0209); RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC (2301). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

[2] On November 30, 2022, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Prepare a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (II) Authorizing the Debtors to File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information, (IV) Approving the Form and Manner of Notifying Creditors of Commencement, (V) Approving the Form and Manner of Notice to Borrowers, and (VI) Granting Related Relief* [Docket No. 23].

Dated:  November 30, 2022                Respectfully submitted,
       Wilmington, Delaware

                         **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

                         */s/ Jennifer R. Hoover*
                         Michael J. Barrie (DE No. 4684)
                         Jennifer R. Hoover (DE No. 5111)
                         Kevin M. Capuzzi (DE No. 5462)
                         John C. Gentile (DE No. 6159)
                         1313 North Market Street, Suite 1201
                         Wilmington, DE 19801
                         Telephone: (302) 442-7010
                         Facsimile: (302) 442-7012
                         E-mail: mbarrie@beneschlaw.com
                                      jhoover@beneschlaw.com
                                      kcapuzzi@beneschlaw.com
                                      jgentile@beneschlaw.com

                         *-and-*

                         **SIDLEY AUSTIN LLP**

                         Stephen E. Hessler (admitted *pro hac vice*)
                         Thomas Califano (admitted *pro hac vice*)
                         Anthony Grossi (admitted *pro hac vice*)
                         787 Seventh Avenue
                         New York, New York 10019
                         Telephone:    (212) 839-5300
                         Facsimile:    (212) 839-5599
                         Email:  shessler@sidley.com
                                     tom.califano@sidley.com
                                     agrossi@sidley.com

                         *Proposed Counsel to the Debtors*