**<u>Exhibit C</u>**

**Cash Flow Diagram**

# Cash Management System*

**Legend**

- Operating Accounts
- Inactive Accounts
- Restricted Cash Accounts
- Warehouse Related Accounts
- Custodian Accounts (Not Debtors' Funds)

**Footnotes**

(1) Zero Balance Account ("ZBA") balance becomes negative as vendor payments are made and at the end of each business day the main operating account ending in 3267 transfers funds to bring the ZBA back to zero

(2) Up Front Mortgage Insurance Premium

(3) Mortgage Insurance Premium

(4) Includes the following TCB accounts ending in: 1039, 4099, 5542, 6995, 6516, 8702, 8868, 4601, 6002, 2936, 3959, 3314, 5236, 6499, 6507, 6614, 7315, 7554, 7885

(5) Reverse Mortgage Investment Trust ("RMIT") Inc.

*Unless noted otherwise, each of the bank accounts are opened under Reverse Mortgage Funding LLC ("RMF")

