# **<u>EXHIBIT D</u>**

**Surety Bonds**

**Schedule of Surety Bonds**

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41275096 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of West Virginia, Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 03/15/2023 |
| 41255467 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Oregon, Dept. of Consumer and Business Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $150,000.00 | $873.00 | 02/01/2023 |
| 41275118 | Platte River Insurance Company | Reverse Mortgage Funding LLC | State of North Carolina, Commissioner of Banks | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $250,000.00 | $1,536.00 | 04/22/2023 |
| 41274637 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Illinois, Dept. of Financial and Professional Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 12/31/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41313815 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Colorado Division of Real Estate | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 12/15/2023 |
| 41322150 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Connecticut, Commissioner of Banking | Collection Agencies | $50,000.00 | $247.00 | 01/28/2023 |
| 41274640 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Alabama, Banking Department | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $25,000.00 | $188.00 | 12/31/2022 |
| 41347165 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 11/15/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41331444 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Hawaii, Dept. of Commerce & Consumer Affairs, Div. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 11/01/2023 |
| 39BSBIH4545 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 11/18/2023 |
| 39BSBHT5136 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Rhode Island, Director of Business Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 11/30/2023 |
| 39BSBHT5135 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Oregon, Dept. of Consumer and Business Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 11/29/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGN5154 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Vermont Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 11/06/2023 |
| 39BSBGN5129 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 10/21/2023 |
| 39BSBHT5111 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Nevada, Mortgage Lending | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $300,000.00 | $2,250.00 | 10/15/2023 |
| 41313854 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 10/20/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41330485 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Nevada | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 09/01/2023 |
| 39BSBHW7927 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of New York, Superintendent of Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $500,000.00 | $3,750.00 | 09/01/2023 |
| 39BSBHR7232 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 08/31/2023 |
| 41330511 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Arizona, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 07/30/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41307662 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 07/15/2023 |
| 39BSBGN9456 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | Commonwealth of Puerto Rico, Commissioner of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $510,000.00 | $3,825.00 | 07/12/2023 |
| 41322313 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Tennessee Collection Service Board | Collection Agencies | $25,000.00 | $188.00 | 07/01/2023 |
| 41296097 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Arizona, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $75,000.00 | $563.00 | 07/01/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGM2994 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of North Carolina, Commissioner of Banks | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 07/01/2023 |
| 41275102 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Montana, Div. of Banking and Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $25,000.00 | $239.00 | 03/15/2023 |
| 41274639 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Commonwealth of Massachusetts, Commissioner of Banks | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $250,000.00 | $1,875.00 | 12/31/2022 |
| 41222810 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Commonwealth of Virginia, State Corporation Commission | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $75,000.00 | $563.00 | 02/01/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGM2961 | Hartford Fire Insurance Company | Reverse Mortgage Funding LLC | State of California, Department of Corporations | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $25,000.00 | $188.00 | 06/15/2023 |
| 41347031 | Platte River Insurance Company | Reverse Mortgage Funding LLC | State of Missouri, Commissioner of Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $500,000.00 | $3,750.00 | 06/01/2023 |
| 41347057 | Platte River Insurance Company | Reverse Mortgage Funding LLC | Commonwealth of Massachusetts, Commissioner of Banks | Collection Agencies | $25,000.00 | $188.00 | 06/01/2023 |
| 41373615 | Platte River Insurance Company | Reverse Mortgage Funding LLC | Pennsylvania Dept. of Banking and Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $500,000.00 | $3,750.00 | 05/15/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41322224 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of New York, Superintendent of Banks, Dept. of Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 04/01/2023 |
| 39BSBGI6438 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Connecticut, Banking Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 02/09/2023 |
| PR2706788 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maryland, Commissioner of Financial Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $750,000.00 | $5,625.00 | 12/31/2022 |
| 41331496 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | District of Columbia Dept. of Insurance, Securities and Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 12/31/2022 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBIH4513 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of New Jersey, Commissioner of Banking and Insurance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 03/01/2023 |
| 41275093 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of New Hampshire, Dept. of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 03/15/2023 |
| 41355679 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Mississippi Public Service Commission | License & Permit | $50,000.00 | $375.00 | 03/01/2023 |
| 41275092 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 03/15/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41275098 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Vermont, Commissioner of Banking, Insurance & Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $450,000.00 | $3,375.00 | 03/15/2023 |
| 41275101 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of South Dakota, Div. of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $35,000.00 | $263.00 | 03/15/2023 |
| 41275095 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Rhode Island, Dept. of Business Regulation | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $105,000.00 | $788.00 | 03/15/2023 |
| 41275100 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of North Dakota, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 03/15/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41275094 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Nebraska, Dept. of Banking and Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 03/15/2023 |
| 41275099 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Alaska, Dept. of Commerce, Community and Economic Development | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $75,000.00 | $563.00 | 03/15/2023 |
| 41274638 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Tennessee, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $1,500.00 | 12/31/2022 |
| 41322151 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Indiana Secretary of State, Securities Div. | Collection Agencies | $5,000.00 | $100.00 | 01/28/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41255465 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Louisiana, Office of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $25,000.00 | $188.00 | 02/01/2023 |
| 41274636 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | South Carolina Board of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 02/01/2023 |
| 41322149 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | The Colorado Collection Agency Board | Collection Agencies | $12,000.00 | $100.00 | 01/28/2023 |
| 41322148 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Arkansas State Board of Collection Agencies | Collection Agencies | $10,000.00 | $100.00 | 01/28/2023 |
| 41322152 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of New Jersey, Divison of Revenue | Collection Agencies | $5,000.00 | $100.00 | 01/28/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41322147 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Alaska, Div. of Corporations, Business and Professional Licensing | Collection Agencies | $5,000.00 | $100.00 | 01/28/2023 |
| 41274641 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of New Jersey, Commissioner of Banking and Insurance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $150,000.00 | $1,125.00 | 02/01/2023 |
| 41222812 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Pennsylvania Dept. of Banking and Securities | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $300,000.00 | $2,250.00 | 02/01/2023 |
| 41274642 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of California Department of Business Oversight | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 02/01/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41313932 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Maine, Superintendent of Bureau of Consumer Credit Protection | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 01/15/2023 |
| 41322156 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | West Virginia State Tax Dept., Revenue Division | Collection Agencies | $5,000.00 | $100.00 | 01/28/2023 |
| 41322155 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | Washington Dept. of Licensing,Collection Agency Board | Collection Agencies | $5,000.00 | $100.00 | 01/28/2023 |
| 41322153 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Texas, Secretary of State | Collection Agencies | $10,000.00 | $100.00 | 01/28/2023 |
| 39BSBGL3628 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Kansas, Office of the State Bank Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 02/26/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGL3621 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | Arkansas Securities Department | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $200,000.00 | $1,500.00 | 02/26/2023 |
| 39BSBGL3625 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | Commonwealth of Kentucky, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $250,000.00 | $1,875.00 | 02/26/2023 |
| 39BSBGL3624 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of New Mexico, Financial Institutions Division | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 02/26/2023 |
| 39BSBGI6439 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Minnesota, Department of Commerce | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 02/09/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGL3629 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Washington | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $150,000.00 | $1,125.00 | 02/26/2023 |
| 39BSBGI6440 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | Wisconsin Department of Financial Institutions - Division of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $320,000.00 | $2,400.00 | 02/09/2023 |
| 39BSBGL3627 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Iowa, Superintendent of Banking, Dept. of Commerce | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 02/26/2023 |
| 39BSBHT5150 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Hawaii, Director of Commerce & Consumer Affairs | Collection Agencies | $25,000.00 | $188.00 | 01/31/2023 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGL3626 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Delaware, Office of the State Bank Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 02/26/2023 |
| 39BSBGP6759 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of New York, Superintendent of Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $250,000.00 | $1,875.00 | 02/05/2023 |
| 41419750 | Platte River Insurance Company | Reverse Mortgage Funding LLC | State of Montana | Mortgages | $150,000.00 | $1,125.00 | 12/07/2022 |
| 41419749 | Platte River Insurance Company | Reverse Mortgage Funding LLC | State of Minnesota | Mortgages | $100,000.00 | $750.00 | 12/07/2022 |
| 41419748 | Platte River Insurance Company | Reverse Mortgage Funding LLC | State of Oregon | Mortgages | $15,000.00 | $113.00 | 12/07/2022 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41322154 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Utah, Division of Corporations | Collection Agencies | $10,000.00 | $100.00 | 01/28/2023 |
| 41322336 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of New Mexico, Financial Institution Division | Collection Agencies | $5,000.00 | $200.00 | 12/31/2022 |
| 39BSBGL3623 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Mississippi, Dept. of Banking and Consumer Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $150,000.00 | $1,125.00 | 12/31/2022 |
| 41255464 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Georgia, Dept. of Banking and Finance | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $250,000.00 | $1,875.00 | 12/31/2022 |
| 41296093 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Ohio, Div. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $150,000.00 | $1,125.00 | 12/31/2022 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 41275097 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Wyoming, Dept. of Audit, Div. of Banking | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $25,000.00 | $188.00 | 12/31/2022 |
| 41296094 | Platte River Insurance Company | Reverse Mortgage Funding, LLC | State of Michigan, Dept. of Insurance and Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $50,000.00 | $375.00 | 12/31/2022 |
| 39BSBGI6441 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Indiana, Dept. of Financial Institutions | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 12/31/2022 |
| 39BSBGI6442 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Michigan, Dept. of Insurance and Financial Services | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $125,000.00 | $938.00 | 12/31/2022 |

| Surety Bond Number | Surety/Bank | Principal | Obligee / Beneficiary | Type | Bond Amount | Bond Premium | Expiration Date |
|---|---|---|---|---|---|---|---|
| 39BSBGP6751 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | Administrator of the Department of Consumer Credit of the State of Oklahoma | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 12/15/2022 |
| 39BSBGP6803 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | State of Connecticut, Banking Commissioner | Mortgage Brokers, Bankers, Lenders-First and Second Mortgages | $100,000.00 | $750.00 | 12/19/2022 |
| 39BSBIE1173 | Hartford Fire Insurance Company | Reverse Mortgage Funding, LLC | The State of Wyoming, Dept. of Workforce Services | WC-Unemployment Compensation Bonds | $8,000.00 | $160.00 | 12/13/2022 |
| | | | | **Total** | **$10,915,000.00** | **$82,612.00** | |