# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| REVERSE MORTGAGE INVESTMENT TRUST INC., *et al.*,[1] | ) | Case No. 22-11225 (MFW) |
|  | ) | (Joint Administration Requested) |
| Debtors. | ) |  |
|  | ) |  |

## NOTICE OF EMERGENCY HEARING ON STIPULATION REGARDING EMERGENCY FUNDING FOR IMMEDIATE CONSUMER PROTECTION

**PLEASE TAKE NOTICE** that on December 2, 2022, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), filed the *Stipulation Regarding Emergency Funding for Immediate Consumer Protection* (the "Stipulation").[2]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to approve the Stipulation will take place on **Friday, December 2, 2022 at 1:00 p.m. (prevailing Eastern time)** before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that interested parties may attend the Hearing virtually by using this ZOOM link: https://debuscourts.zoomgov.com/meeting/register/vJIsf-iqqTwoGsR3nfk0zkmtJyUJehcoV8Y.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents referenced above may be obtained free of charge from the website of the Debtors' notice and claims agent at https://cases.ra.kroll.com/RMIT. You may also obtain copies from the Court's website at www.deb.uscourts.gov for a fee.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE STIPULATION WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Reverse Mortgage Investment Trust Inc. (3421); Reverse Mortgage Funding LLC (0209); RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC (2301). The location of the Debtors' service address for purposes of these cases is: 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

[2] The Stipulation will be filed on the docket before the Hearing.

Dated: December 2, 2022
       Wilmington, Delaware

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

  */s/ Jennifer R. Hoover*
Michael J. Barrie (DE No. 4684)
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: mbarrie@beneschlaw.com
       jhoover@beneschlaw.com
       kcapuzzi@beneschlaw.com
       jgentile@beneschlaw.com

*-and-*

**SIDLEY AUSTIN LLP**

Stephen E. Hessler (admitted *pro hac vice*)
Thomas Califano (admitted *pro hac vice*)
Anthony Grossi (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:    (212) 839-5300
Facsimile:    (212) 839-5599
Email: shessler@sidley.com
      tom.califano@sidley.com
      agrossi@sidley.com

*Proposed Counsel to the Debtors*