## **EXHIBIT B**

**Meerovich Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVERSE MORTGAGE INVESTMENT | ) | Case No. 22-11225 (MFW) |
| TRUST INC, *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**DECLARATION OF TANYA MEEROVICH**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER (I) AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN**
**FTI CONSULTING, INC. TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING**
**OFFICER AND CERTAIN ADDITIONAL PERSONNEL, (II) DESIGNATING TANYA**
**MEEROVICH AS CHIEF RESTRUCTURING OFFICER FOR THE**
**DEBTORS EFFECTIVE AS OF THE PETITION DATE,**
**AND (III) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. section 1746, Tanya Meerovich declares as follows:

1.     I am a Senior Managing Director with FTI Consulting, Inc. (together with its

wholly owned subsidiaries, "FTI"), a financial advisory services firm with numerous offices

throughout the world, and am duly authorized to make this declaration (this "Declaration") on

behalf of FTI in support of the *Debtors' Application for Entry of an Order (I) Authorizing the*

*Debtors to Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring*

*Officer and Certain Additional Personnel, (II) Designate Tanya Meerovich as Chief Restructuring*

*Officer for the Debtors Effective as of the Petition Date, and (III) Granting Related Relief* (the

---

[1]     The Debtors in these jointly administered chapter 11 cases, along with the last four digits of each Debtor's federal
tax identification number, include: Reverse Mortgage Investment Trust Inc. (3421); Reverse Mortgage Funding
LLC (0209); RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC
(2301). The location of the Debtors' service address for purposes of these chapter 11 cases is: 1455 Broad Street,
2nd Floor, Bloomfield, NJ 07003.

"Application")[2] on the terms and conditions set forth in the Application and the Engagement Letter. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## FTI'S QUALIFICATIONS

2.    On November 1, 2022, FTI was engaged to provide interim consulting services in connection with a potential chapter 11 process and I was appointed Chief Restructuring Officer ("CRO") effective November 1, 2022.  The FTI Professionals are intimately familiar with the Debtors' business and are well qualified to act on the Debtors' behalf given their extensive knowledge and expertise with respect to chapter 11 proceedings.  The FTI Professionals specialize in interim management, turnaround and restructuring services, asset sales, and business transformation.  FTI's debtor advisory services have included a wide range of activities targeted toward maximizing the value of a debtor's assets and recoveries to creditors, including: developing or validating forecasts; working with management on operational issues; monitoring and managing cash flow and creditor relationships; negotiating with a debtor's secured lenders on the use of cash collateral; assessing and recommending cost reduction strategies; providing transactional support to market a debtor's assets, including forecasting, creating marketing materials, contacting potential buyers, and negotiating offers for debtor owned assets; preparing a debtor for a chapter 11 filing; and designing and negotiating financial restructuring packages.

3.    Further, FTI has provided similar services and personnel in recent cases in this District. *See, e.g.*, *First Guaranty Mortg. Corp.*, Case No. 22-10584 (CTG) (Bankr. D. Del. 2022); *In re Nine W. Holdings, Inc.*, 2018 Bankr. LEXIS 1998 (Bankr. D. Del. 2018); *In re The Weinstein Company Holdings, Inc.* Case No 18-10601 (MWF) (Bankr. D. Del. April 24, 2018); *In re Zohar*

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

[3]    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at FTI and are based on information provided by such professionals.

*III, Corp.*, Case No. 18-10512 (Bankr. D. Del. June 11, 2018); *In re SFX Entertainment, Inc.*, Case No. 16-10238 (Bankr. D. Del. Mar. 3, 2016); *In re Fresh & Easy, LLC*, Case No. 15-12220 (Bankr. D. Del. Nov. 20, 2015); *In re Corinthian Colleges, Inc.*, Case No. 15-10952 (Bankr. D. Del. May 27, 2015); *In re Mineral Park, Inc.*, Case No. 14-11996 (Bankr. D. Del. Sept. 23, 2014).

4.       I have the requisite experience to serve as the Debtors' CRO.  I have over fifteen years of experience leading complex transformations and advising on in- and out-of-court restructurings for companies across industries, with expertise in the real estate/mortgage, financial services, non-for-profit, insurance, healthcare, education, energy, manufacturing, infrastructure, print, entertainment and retail industries.  I graduated from Roosevelt University with a bachelor's degree in business management and finance, and I am a Chartered Financial Analyst, a Certified Insolvency and Restructuring Advisor, and a Certified Turnaround Professional. I was appointed and am serving as the CRO for First Guaranty Mortgage Corporation.  My other recent engagements in the financial services industry include, among others: AG Mortgage Investment Trust Inc, Impac Mortgage, MFA Financial, Ocwen Financial, Residential Capital, Credit-Based Asset Servicing and Securitization, Progrexion, JH Capital, Litton Loan Servicing, Ditech Corporation, Walter Investments and Stearns Lending.  Prior to joining FTI, I was in the Financial Services Advisory group of RSM Cayman Islands, where I was involved in a number of high-profile and complex cross-border insolvency engagements in the financial services sector.

5.       Subject to approval by the Court, FTI will be retained by the Debtors to provide the FTI Professionals on the terms and conditions set forth in the engagement letter dated October 31, 2022 (attached to the Application as Exhibit C, (the "Engagement Letter")) and any order granting the Application.

3

## DISINTERESTEDNESS AND ELIGIBILITY

6.       In connection with the proposed employment and retention of FTI by the Debtors, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known to FTI.  A listing of the parties reviewed is reflected on **Exhibit 1** to this Declaration.  FTI's review, completed under my supervision, consisted of a query of the parties included in **Exhibit 1** to this Declaration within an internal computer database[4] containing names of individuals and entities that are present or recent former clients of FTI.

7.       Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on **Exhibit 1** in matters related to the Debtors or these Chapter 11 Cases.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors or these Chapter 11 Cases for the various entities shown on **Exhibit 2**.  FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services.  To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in these Chapter 11 Cases, nor does FTI's involvement in these Chapter 11 Cases compromise its ability to continue such consulting services.

8.       Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who may represent claimants and parties-in-interest in these Chapter 11 Cases.  FTI is a global consulting firm with thousands of employees located in offices around the

---

[4]    For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally.

world.  Our employees may have relatives employed by some of the parties-in-interest in this case.

Based on our current staffing of this engagement, none of the FTI employees assigned to this

matter have any relatives directly involved in these Chapter 11 Cases.  Additionally, FTI has

performed in the past, and may perform in the future, advisory consulting services for various

attorneys and law firms, and has been represented by several attorneys and law firms, some of

whom may be involved in these Chapter 11 Cases.  In addition, FTI has in the past, may currently

and will likely in the future be working with or against other professionals involved in in matters

unrelated to the Debtors and these Chapter 11 Cases.

9.      To the best of my knowledge, information, and belief, insofar as I have been able

to ascertain after reasonable inquiry, neither I nor any of FTI's professional employees (a) have

any connection with the Debtors, their creditors, any other parties in interest in these Chapter 11

Cases, or their respective attorneys or accountants, except as may be disclosed on **<u>Exhibit 2</u>** of this

Declaration or (b) are related or connected to any United States Bankruptcy Judge for the District

of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases,

the U.S. Trustee, or any employee in the Office of the U.S. Trustee.

10.     Additionally, FTI is not a "creditor" of the Debtors within the meaning of

section 101(10) of the Bankruptcy Code.  Further, neither I nor any other FTI Professional serving

the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares

of the Debtors' stock.

11.     It is FTI's policy and intent to update and expand its ongoing relationship search

for additional parties in interest in an expedient manner.  If any new material relevant factors or

relationships are discovered or arise, FTI will promptly file a supplemental declaration.

12.     To the best of my knowledge, (i) no commitments have been made or received by

FTI with respect to compensation or payment in connection with these Chapter 11 Cases other

than in accordance with the Engagement Letter, the Application, and the applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with these Chapter 11 Cases.  By reason of the foregoing, I believe FTI is eligible for retention by the Debtors pursuant to sections 105(a) and 363(b) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2022          _/s/ Tanya Meerovich_____
                                       Tanya Meerovich, Senior Managing Director
                                       FTI Consulting, Inc.

**EXHIBIT 1**

**Potentially Interested Parties Reviewed**

1HOMEPLANET LLC
41 Pine Lawn DR LLC
8X8, Inc.
Adfitech, INC
ADP
Al Lugano
Alaba Ogunleye (Auditor)
Alabama Department of Revenue
Alaska Department of Commerce, Community, and Economic Development
Alaska Department of Revenue
Alicia Leonhard (Assistant U.S. Trustee)
Alston & Bird LLP
American Advisors Group (a/k/a AAG)
AMSIVE
Andrea B. Schwartz (Trial Attorney)
Andrew Kail
Andrew R. Vara
Andy Velez-Rivera (Trial Attorney)
Angelique Okita
Anita Caulfield
Annie Wells (Trial Attorney)
Anthony Hernandez
Approval First Home Loans Inc.
Apurva Patel
Arizona Department of Financial Institutions
Arizona Department of Revenue
Arkansas Corporation Income Tax
Arkansas Secretary of State
Arkansas Securities Department
Arkansas State Board of Collection Agencies
Arthur Fine
Ascot Insurance Company
AT&T
AUTOMATIC DATA PROC INS
AXA XL Insurance
Barbara Brown
Barclays Bank PLC
Barry Sternlicht
Basin Street Properties/ Santa Rosa Executive Offices
Bay Docs, LLC
Beatrice Manson
Beiramee Law Group

Benjamin Hackman
Benjamin J. Higgins (Honors Trial Attorney)
Berkeley Research Group
Berkshire Hathaway Guard Insurance Co
Biegler & Associates, Inc.
Bladock S.A
BNGL Holdings, L.L.C.
BNGL Parent, L.L.C
BNGL Parent, L.L.C (DE)
Bradley Arant Boult Cummings LLP
Bressler, Amery, & Ross
Brian Montgomery
Brian S. Masumoto (Trial Attorney)
Broadacres ERCT 1 LLC
Bureau of Registration
Business Central Gold River, Inc. dba Business Central
C2 Financial Corporation
Cadman Robb Kiker Jr., PC
California Business, Transportation and Housing Agency
California Department of Financial Protection and Innovation
California Franchise Tax Board
Carmen Argueta Berrios
Carol Garling
Carol Wagman
CAVN Investments, LLC
CDW Direct
Central Hudson Gas & Electric Corp.
CenturyLink
CF Capital Group
Charter Communications Operating LLC dba Spectrum (f/k/a Time Warner Cable)
Chief Judge Laurie Selber Silverstein
Chorus Call, Inc.
Christine Black (Assistant U.S. Trustee)
Christine Green
Chubb Group of Insurance Companies
Cigna Healthcare
Class Valuation, LLC
Claudette Madore
Colorado Department of Law- Collection Agency
Colorado Department of Law- Consumer Protection Section Consumer Credit Union
Colorado Department of Regulatory Agencies- Department of Real Estate
Colorado Department of Revenue
Colorado Secretary of State
Comcast Cable Communications Management, LLC
Comergence Compliance Monitoring, LLC
Commonwealth of Kentucky, Secretary of State
Commonwealth of Massachusetts Division of Banks
Commonwealth of Virginia - State Corporation Commission

Compass Point Research & Trading , LLC
Compass Point Research & Trading, LLC
Comptroller of Maryland Revenue Administration
Compu-link (dba Celink)
CompuLink dba Celink
COMPUTER FUTURES
Connecticut Department of Banking
Connecticut Department of Revenue
Continental Insurance Company of New Jersey
Contivio.com
CORELOGIC COMMERCIAL REAL ESTATE SERVICES, INC
Corporate Creations International Inc.
Corporate Creations Network Inc.
County of Sacramento Department of Finance, Tax Collection, and Licensing
Craig Corn
Credit Plus, Inc. (142619)
Credit Suisse First Boston Mortgage Capital LLC
Credit Suisse Securities (USA) LLC
Crowe LLP.
CS ENTITY IN THE CS GROUP
Cyber Safe Solutions, LLC
D.C. Office of Tax and Revenue
Dale Ernest Tillman
Damianos Pinelawn LLC
Damianos Pinelawn, LLC
Damianos Pinelawn,LLC
Danielle Gadson
Dave Mason
David Buchbinder
David Landau & Associates (DLA)
David Peskin
David Russell
DB trust Co. Americas
Delaware Division of Revenue
Delaware Office of the State Bank Commissioner
Deloitte & Touche LLP
Denis Cooke
Department of Consumer and Regulatory Affairs Business and Professional Licensing
Administration Corporations Division
Department of Financial Protection and Innovation (DFPI)
Deutsche Bank National Trust Company
Diane Giordano
Dion Wynn
District of Columbia Department of Insurance, Securities and Banking Bureau
District of Columbia Department of Insurance, Securities, and Banking
"Donald, Jacaruso"
Edith A. Serrano
eGate Technologies Inc

Elaine Harreslon
Ellis Rinaldi
Endurance American Insurance Company
Ercilia A. Mendoza (Legal Assistant)
ERCT Property Management
ERCT Property Management, LLC
Eric W. Franklin
FANNIE MAE
FHA
Finance of America Reverse
First Choice Appraisal Management, Inc
Flora Maywaethers
Florida Department of Revenue
Florida Office of Financial Regulation
Florida Secretary of State
FNMA
Fortimize
Fox Capital LLC
Franklin Waters
Franzen and Salzano, P.C.
FSI Mortgage, L.C
G. White
Gary Nordquist
GATE HOUSE STRATEGIES, LLC
Geli Lehman
Georgia Corporations Division
Georgia Department of Banking and Finance
Georgia Department of Revenue
Gerald Sims
Gift Creations, Inc
Gladys Valle
Gloria Bernard
GMEI Utility a service of BED B V
GNMA
GOOGLE, INC
Government of Puerto Rico, Department of State
Greg M. Zipes (Trial Attorney)
Gregg & Valby
Guy A. Van Baalen (Assistant U.S. Truste)
Hannah McCollum
Hartford Fire Insurance Company
Hawaii Benefits -HMSA
Hawaii Department of Taxation
Hawaii Division of Financial Institutions
HealthEquity
Hermando Sapeins
Hinman Straub
Holly Dice

Horizon BCBS
HORIZON MEDIA INC
Houlihan Lokey, Inc.
HUD
Hunton Andrews Kurth
Hunton & Williams LLP
Idaho Department of Finance
Idaho State Tax Commission
Illinois Department of Financial and Professional Regulation
Illinois Department of Revenue
Illinois Division of Banking
Illinois Secretary of State
Ilusion Rodriguez (Paralegal Specialist)
Indiana Department of Financial Institutions
Indiana Department of Revenue
Indiana Secretary of State
Indiana Secretary of State Securities Division
Ingrid Shipman
Integrity 1st Mortgage, LLC
Intercap Lending Inc.
Interdependence PR
Intermedia
Intex Solutions, Inc.
Iowa Consumer Credit Administration
Iowa Department of Revenue
Iowa Division of Banking
Iowa Secretary of State
Isaura Marin
Iurato Law Firm, PL
Jackie Hoover
James DeAth
James Forney
James Gannone (Auditor)
James Gilbane
James Meadows
James R. O'Malley
James Rose
Jane Leamy
Janis Hernandez
Jean Moran
Jeffrey DiModica
Jeff Dishner
Jeffrey Rogers
JKC 700 LLC
JKC 700, LLC
Joan Ranieri
John Allen
John P Wurster dba Brookcrest Water Company, LLC

John Rodriguez
John Schanne
John White
Joseph Allen (Assistant U.S. Trustee)
Joseph Cudia
Joseph McMahon
Judge Ashely M. Chan
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Karen B. Owens
Judge Mary F. Walrath
Juliet Sarkessian
June Saffle
Kansas Department of Revenue
Kansas Office of the State Bank Commissioner
Karen Starr
Karman Executive Center
Kathleen Schmitt (Assistant U.S. Trustee)
KavNiya Technologiy Solutions Pvt. LTD
Kentucky Department of Financial Institutions
Kentucky Department of Revenue
KPMG
Kroll Restructuring Administration, LLC
Latham & Watkins
Lauren Attix
Laurie Capp
Leadenhall Capital Partners LLP
LEADENHALL LIFE INSURANCE LINKED INVESTMENTS FUND PLC
Lee Rago
Lendingtree
LHN Financial Services, Inc.
Liberty Mortgage
Lightower - Crown Castle Fiber LLC
Lightpath
Lincoln Corners, LLC
Lincoln IT LLC
Linda Casey
Linda Richenderfer
Linda Riffkin (Assistant U.S. Trustee)
Lino Rosa Gomez
Lisa Penpraze (Assistant U.S. Trustee)
Lisa, Geller
Littler Mendelson P.C.
Lloyd's London
Lockton Companies LLP
Longbridge

Lora Johnson
Louisiana Department of Revenue
Louisiana Office of Financial Institutions Non-Depository Division
Louisiana Secretary of State
Lowenstein Sandler, LLP
Maine Bureau of Consumer Credit Protection
Maine Revenue Services
Maine Secretary of State
Marcus Malik
Margaret Bell
Margaret Catt
Mark Bruh (Trial Attorney)
Marquietta Lopez
Mary V. Maroney (Bankruptcy Analyst)
Maryland Department of Assessments and Taxation
Maryland Office of the Commissioner of Financial Regulation
Mass Corporations Division
Massachusetts Department of Revenue
Massachusetts Division of Banks
Maureen Quinn
Mayer & Brown LLP
McGlinchley Stafford
Medelein Vescovacci (Auditor)
Melvin Bernarde
Melvin Page
MERSCORP Holdings, Inc
MetroNet f/k/a Climax Telephone Company
Michael Panacio
Michael W Pierson
Michele A. Zachensky
Michigan Department of Insurance and Financial Services
Michigan Department of Treasury
Microsoft
Microsoft Corporation
Microsoft Online, Inc
Minnesota Department of Commerce
Minnesota Revenue
Mississippi Department of Banking and Consumer Finance
Mississippi Department of Revenue
Missouri Department of Revenue
Missouri Division of Finance
Money Life Insurance Company of America (aka Equitable) (aka AXA)
Montana Department of Revenue
Montana Division of Banking and Financial Institutions
MONY Life Insurance Company of America
Mortgage information Services, Inc
Mortgage Toolbox, Inc.
Nadkarni Joseph (Bankruptcy Analyst)

Natalia Fontes
Nate Bagnaschi
Nebraska Department of Banking and Finance
Nebraska Department of Revenue
Nebraska Secretary of State
Nevada Division of Mortgage Lending
Nevada Legal News
New Hampshire Banking Department
New Hampshire Department of Revenue
New Jersey Department of Banking and Insurance
New Jersey Department of Banking and Insurance
New Jersey Division of Revenue
New Mexico Financial Institutions Division
New Mexico Taxation and Revenue Department
New View Advisors
New York City Department of Finance
New York State Corporation Tax
New York State Department of Financial Services
New York State Department of Financial Services - Mortgage Banking Division
New York State Department of State, Division of Corporations, State Records, and Uniform
Commercial Code
Nickita Barksdale
NMLS - Conference of State Bank Supervisors
Nomura Corporate Funding Americas, LLC
Nomura Securities International, Inc.
Noreen Ramos
North Carolina Commissioner of Banks Office
North Carolina Department of Revenue
North Carolina Secretary of State, Business Registration Division
North Dakota Department of Financial Institutions - Consumer Division
North Dakota Office of State Tax Commissioner
North Forest Properties #3 LLC
Northeast Series of Lockton Companies, LLC
NRMLA
Nyanquoi Jones
Office of Minnesota Secretary of State
Ohio Department of Taxation
Ohio Division of Financial Institutions, Consumer Finance
Oklahoma Department of Consumer Credit Licensing
Oklahoma Secretary of State
Oklahoma Tax Commission
Olshan Frome Wolosky LLP
Optimum (aka Suddenlink)
Oregon Department of Revenue
Oregon Division of Financial Regulation
Overflowworks.com
Pacific Gas and Electric Company
Park Plaza, L.L.C.

PARS INTERNATIONAL CORP.
Partridge Snow & Hahn LLP
Patrick Bartels
Paul Weiss
Paul K. Schwartzberg (Trial Attorney)
Pennsylvania Department of Banking and Securities
Pennsylvania Department of Revenue
Philip Johnson
PKF O'Connor Davies
Platte River Insurance Company
Preferred Financial Inc.
Preferred Office Network
Preferred Office Network, LLC
Proforma Foley Team
Property Manager Contacts
PropertyRate LLC
Puerto Rico Bureau of Financial Institutions
Puerto Rico Department of the Treasury
Puerto Rico Office of the Commissioner of Financial Institutions
QBOX Fiduciary Solutions, LLC
Rachel Bello
Ramona Harris
Regus
Regus Management Group, LLC
Reverse Mortgage Educators
Reverse Freedom, LLC
Reverse Market Insight
Reverse Mortgage Answers, LLC
Reverse Mortgage Funding LLC
Reverse Mortgage Funding Sociedad de Responsibilidad Limitada
Reverse Mortgage Investment Trust Inc.
Reverse Mortgage Lending, Inc.
Reverse Vision, Inc.
ReverseAmerica Advisors, Inc
Richard C. Jensen, Jr.
Richard C. Morrissey (Trial Attorney)
Richard Schepacarter
Ricky J. Allen
RMF ASSET FUNDING LLC
RMIT Cash Management LLC
RMIT Operating I LLC (1844)
RMIT Operating II LLC (2301)
Robert Burkhard
Robert Cavello
Robert Kemp
Rosa Sierra-Fox
Rosa Uranga
Rosanne Mormando

RPG Consultants
Ruth Hyman
Ruth Klein
Sabal Palms Professional Suites, LLC
Safran Morpho Trust USA
SAKSOFT INC
salesforce.com
Secretary of State- LARA - Michigan
Secretary of State,  State of Mississippi
Secretary of State, State of Kansas
Secretary of the State of Connecticut
Senior Funding Associates
Shakima L. Dortch
Shannon Scott (Trial Attorney)
Shara Conrell (Trial Attorney)
Sharon Bauldree
Sheila Dancy Wilkins
Sidley Austin LLP
Simons & Woodard Inc.
Smith & Hopen, P.A.
Sompo America Insurance Company
South Carolina Consumer Finance Division of the Board of Financial Institutions
South Carolina Department of Consumer Affairs
South Carolina Department of Revenue
South Dakota Department of Revenue
South Dakota Division of Banking
South Dakota Secretary of State
South River Mortgage, LLC
Starwood Capital Group
State Banking Department of Alabama
State of Alabama Etowah County
State of Alaska Department of Commerce, Community, & Economic Development
State of Alaska Department of Commerce, Community, and Economic Development Division of
Corporations, Business, and Professional Licensing
State of Delaware -Division of Corporations
State of Hawaii Department of Commerce and Consumer Affairs Business Registration Division
State of Idaho, Office Of Secretary of State
State of Missouri Division of Finance
State of Montana, Secretary of State
State of Nevada, Office of the Secretary of State
State of New Hampshire, Department of State
State of New Jersey Department of the Treasury Division of Revenue and Enterprise Services
State of New Jersey Division of Taxation
State of North Carolina Commissioner of Banks
State of North Dakota, Secretary of State
State of Oregon, Secretary of State, Corporate Division
State of Rhode Island Department of Business Regulation
State of Rhode Island Division of Taxation

State of Rhode Island, Department of State, Business Services Division
State of Washington Business Licensing Service
State of Wisconsin Department of Financial Institutions
Stephen Smith
Stephen Vance
Stephen, Celona
Sun American Mortgage Co
Susan Arbeit (Trial Attorney)
SUTTON FUNDING LLC
Sylvester Sharp (Bankruptcy Analyst)
Sylvia Bass
T. Patrick Tinker
Tanya Meerovich
Tara Tiantian (Trial Attorney)
TD Bank
Tena Companies, Inc.
Tennessee Department of Commerce and Insurance
Tennessee Department of Financial Institutions
Tennessee Department of Revenue
Tennessee Secretary of State
Texas Capital Bank
TEXAS CAPITAL BANK, N.A
TEXAS CAPITAL BANK, NATIONAL ASSOCIATION
Texas Comptroller of Public Accounts
Texas Department of Savings and Mortgage Lending
The Carlisle Group, Inc.
The Jelly Works LLC dba BoxJelly
The Office of the Secretary of State of the State of California
The Senior Equity Group, Inc.
Thomas Doyle
TIAA
TIAA, FSB
Timothy Isgro
Timothy J. Fox, Jr.
Tokio Marine HCC – D&O Group
Travelers
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
Trish Johnson
U.S Department of Treasury/Internal Revenue Service
U.S. BANK NATIONAL ASSOCIATION
U.S. BANK TRUST COMPANY
Una O'Boyle
UPS (F92830)
Utah Department of Commerce Division of Corporations and Commercial Code
Utah Department of Commerce, Division of Corporations & Commercial Code
Utah Department of Financial Institutes
Utah Department of Financial Institutions
Utah Division of Real Estate

Utah State Tax Commission
Varsity Group
Venable LLP
Veritate Funding LLC
Verizon Wireless
Vermont Department of Financial Regulation
Vermont Department of Taxes
Vermont Secretary of State
Victor Abriano (Bankruptcy Analyst)
Virginia Bureau of Financial Institutions
Virginia Department of Taxation
Vito Genna
WageWorks, Inc.
Washington Department of Financial Institutions Division of Consumer Services
Washington Secretary of State, Corporations & Charities Division
Washington State Department of Financial Institutions
Washington State Department of Revenue
Wave Business
Weiner Brodsky Kider PC
West Virginia Division of Financial Institutions
West Virginia Secretary of State
WeWork
William K. Harrington (U.S. Trustee)
WILMINGTON SAVINGS FUND, FSB
Wilsie Quailes
Winchester Station, LLC
Windstream
Winston Giles
Winston Support Services, LLC
Win-Temp, LLC
Wisconsin Department of Revenue
Wyoming Division of Banking
Wyoming Secretary of State

<u>**EXHIBIT 2**</u>

**Relationship Disclosures**

<u>**Current Clients**</u>

ADP
Alston & Bird LLP
AT&T
AXA XL Insurance
Barclays Bank PLC
Bradley Arant Boult Cummings LLP
Bressler, Amery, & Ross
CenturyLink
Charter Communications Operating LLC dba Spectrum (f/k/a Time Warner Cable)
Chubb Group of Insurance Companies
Cigna Healthcare
Comcast Cable Communications Management, LLC
Credit Suisse First Boston Mortgage Capital LLC
Credit Suisse Securities (USA) LLC
Crowe LLP.
Deloitte & Touche LLP
Deutsche Bank National Trust Company
Endurance American Insurance Company
Finance of America Reverse
GOOGLE, INC
Hartford Fire Insurance Company
HealthEquity
Houlihan Lokey, Inc.
Hunton & Williams LLP
KPMG
Latham & Watkins
Littler Mendelson P.C.
Lloyd's London
Lowenstein Sandler, LLP
Mayer & Brown LLP
MetroNet f/k/a Climax Telephone Company
Microsoft
Microsoft Corporation
Money Life Insurance Company of America (aka Equitable) (aka AXA)
Olshan Frome Wolosky LLP
Optimum (aka Suddenlink)
Pacific Gas and Electric Company
Reverse Mortgage Funding LLC
salesforce.com
Sidley Austin LLP
Starwood Capital Group
TD Bank

Texas Capital Bank
TEXAS CAPITAL BANK, N.A
TEXAS CAPITAL BANK, NATIONAL ASSOCIATION
The Carlisle Group, Inc.
TIAA
Travelers
U.S. BANK NATIONAL ASSOCIATION
U.S. BANK TRUST COMPANY
Venable LLP
Verizon Wireless
WeWork
WILMINGTON SAVINGS FUND, FSB

**Former Clients**

New York State Department of Financial Services
Nomura Securities International, Inc.
WageWorks, Inc.
Windstream