## EXHIBIT 2

**Additional Relationship Disclosures**

**Current Clients**

Blank Rome LLP
CoreLogic Solutions, LLC
Thompson Coburn LLP