IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVERSE MORTGAGE INVESTMENT TRUST INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-11225 (MFW)<br><br>(Jointly Administered)<br><br>Re: Docket No. 841 |

**NOTICE OF REVISED PROPOSED ORDER GRANTING PLAN ADMINISTRATOR'S FOURTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that on July 31, 2023, Reverse Mortgage Investment Trust, Inc., and its affiliated debtors (the "Debtors"), by of the Plan Administrator appointed pursuant to the Debtors' *Third Amended Joint Chapter 11 Plan of Liquidation for Reverse Mortgage Investment Trust Inc. and Its Debtor Subsidiaries* [Docket No. 715] (as amended and supplemented, the "Plan")[2], filed the *Fourth (Substantive) Omnibus Objection to Claims* [Docket No. 841] (the "Objection") objecting to claims in these bankruptcy cases.

**PLEASE TAKE FURTHER NOTICE** that several non-substantive edits were made to the original proposed order included with the Objection (the "Proposed Order"). None of the edits to the Proposed Order alter the relief originally requested in the Objection.

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, include: Reverse Mortgage Investment Trust Inc. (3421); Reverse Mortgage Funding LLC ("RMF") (0209); RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC (2301). The location of the Debtors' service address for purposes of these Cases is: 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit A</u>** is a revised proposed order granting substantially the same relief as originally requested in the Objection (the "<u>Revised Proposed Order</u>") but including the required edits.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **<u>Exhibit B</u>** is a redline of the Proposed Order filed with the Objection marked against the Revised Proposed Order to show the changes made to the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that this Notice will be served on the affected parties.

Dated: September 21, 2023

        **AMANDA SWIFT, AS PLAN ADMINISTRATOR**

        /s/ Josef W. Mintz
        Regina Stango Kelbon, Esq. (DE No. 5444)
        Josef W. Mintz, Esq. (DE No. 5644)
        Lawrence R. Thomas, III, Esq. (DE No. 6935)
        **BLANK ROME LLP**
        1201 Market Street, Suite 800
        Wilmington, DE 19801
        Telephone: 302.425.6400
        Facsimile: 302.425.6464
        Email: regina.kelbon@blankrome.com
              josef.mintz@blankrome.com
              lorenzo.thomas@blankrome.com

        -and-

        Mark S. Indelicato, Esq. (admitted *pro hac vice*)
        Aleksandra Abramova, Esq. (admitted *pro hac vice*)
        **THOMPSON COBURN HAHN & HESSEN LLP**
        488 Madison Avenue
        New York, New York 10022
        Telephone: (212) 478-7200
        Facsimile: (212) 478-7400
        Email: mindelicato@thompsoncoburn.com
              aabramova@thompsoncoburn.com

        *Co-Counsel for the Plan Administrator*