# EXHIBIT A

**Motion to Strike False Claim for Disallowance**

Barbara Ann Johnson
11705 Smoking Oaks St.
Live Oak, TX 78233-3119
2103881820
Barbara Ann Johnson
September 11th, 2023

In The United States Bankruptcy Court For The District of Delaware
The Honorable Judge Mary F. Walrath
Case 22-11225-MFW

FOURTH SUBSTANTIVE OMNIBUS OBJECTIONS TO CLAIMS

**MOTION TO STRIKE FALSE CLAIM FOR DISALLOWANCE**

**INTRODUCTION**

1. Barbara Ann Johnson, the party that brings proof of claim, respectfully moves this Honorable Court to strike the false claim for disallowance filed by the opposing party, REVERSE MORTGAGE INVESTMENT TRUST INC., et al., Debtors, in this matter.

**FACTUAL BACKGROUND**

2. This case involves a false claim of substitute trustee by a mortgage servicer named CELINK that stated they were the new servicer since February 2nd, 2023. On July 31, 2023, the opposing party, REVERSE MORTGAGE INVESTMENT TRUST INC., et al., Debtors,, filed a claim for disallowance, wherein they inaccurately and falsely stated that the mortgage servicing rights were transferred to "Carrington" instead of the mortgage servicer who filed a notice of substitute trustee in a Bexar County court AND sold my property located at 11705 Smoking Oaks St, Live Oak, TX 78233-3119, "Celink", under false pretense.

**ARGUMENT**

3. The opposing party's false claim for disallowance is a material misrepresentation of the facts of this case and a clear violation of the rules and procedures governing this matter.

4. The accurate and truthful information is that the mortgage servicing rights were never transferred to "Carrington," and "Celink" remains the organization that filed a notice of substitute trustee in the Bexar County court, under false pretenses.

5. The false claim for disallowance not only misleads the court but also has caused harm to Barbara Ann Johnson by delaying the resolution of this matter and causing unnecessary confusion and has left Barbara Ann Johnson homeless, destitute, and without my lifelong belongings and household after the false eviction.

**REQUEST FOR RELIEF**

6. Barbara Ann Johnson respectfully requests that this Honorable Court take the following actions:

   a. Strike the false claim for disallowance filed by the opposing party, REVERSE MORTGAGE INVESTMENT TRUST INC., et al., Debtors,, in this matter.

   b. Disregard any references to "Carrington" as the servicer and reaffirm that there is no servicer in place that has the authority to sell the aforementioned property.

   c. Such further relief as this Honorable Court deems just and equitable.

**CONCLUSION**

Barbara Ann Johnson, as the respondent who has brought a proof of claim against the defendant, respectfully requests that this Honorable Court grant the relief sought in this motion to strike the false claim for disallowance and ensure that the accurate and truthful information is reflected in the proceedings.

Respectfully submitted,

Barbara Ann Johnson
Live Oak, TX 78233
2103881820
BarbaraJohnson@Davcina.com