**EXHIBIT C**

**Motion to Reinstate Automatic Stay**

Barbara Ann Johnson
11705 Smoking Oaks St.
Live Oak, TX 78233
2103881820
BarbaraJohnson@Davcina.com
September 16th, 2023

In The United States Bankruptcy Court For The District of Delaware
The Honorable Judge Mary F. Walrath
Case 22-11225-MFW

Motion to Reinstate Automatic Stay

Honorable Judge Mary F. Walrath,

I, Barbara Ann Johnson, who has submitted a proof of claim in the above-captioned bankruptcy case, hereby submits this Motion to Reinstate the Automatic Stay pursuant to bankruptcy code section, 11 U.S.C. § 362 and respectfully request that this Honorable Court reinstate the automatic stay that was lifted in this case.

Background:

1. I discovered evidence indicating that the opposing party, Reverse Mortgage Funding LLC., may have falsified information regarding the mortgage servicer in an attempt to circumvent the automatic stay.

3. The alleged falsification of mortgage servicer information is a serious violation of bankruptcy laws and has a direct impact on my ability to fulfill the methods outlined in the proof of claim.

4. I believe that reinstating the automatic stay is necessary to protect the integrity of the bankruptcy process, my rights, and to ensure a fair resolution of this case.

Grounds for Relief:

5. The alleged falsification of the mortgage servicer's identity has caused confusion and uncertainty regarding the true creditor and party in interest in this bankruptcy case.

6. The opposing party's actions may constitute an abuse of the bankruptcy process and a violation of the automatic stay, as provided under the applicable bankruptcy code section.

7. Reinstating the automatic stay is essential to maintaining the status quo while this matter is thoroughly investigated and resolved.

Request for Relief:

8. In light of the above, I respectfully request that this Honorable Court:

   a. Reinstates the automatic stay in my bankruptcy case immediately and until further order of this Court.

   b. Conducts a thorough investigation into the alleged falsification of mortgage servicer information by the opposing party.

   c. Takes any necessary actions to address any violations of the automatic stay and bankruptcy laws.

Conclusion:

I submit this motion in good faith, seeking to protect the integrity of the bankruptcy process and my rights. I believe that reinstating the automatic stay is essential in light of the alleged falsification of mortgage servicer information by the opposing party.

I respectfully request that this Honorable Court grant the relief sought in this motion and provide me with the necessary protection to continue my bankruptcy proceedings in a fair and just manner.

Respectfully submitted,


Barbara Ann Johnson