IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVERSE MORTGAGE INVESTMENT TRUST INC., *et al.*[1]<br><br>Wind-Down Debtors. | Chapter 11<br><br>Case No. 22-11225 (MFW)<br><br>Jointly Administered<br><br>Re: Docket No. 935 |

### ORDER APPROVING STIPULATION RESOLVING TCB CLAIMS

Upon consideration of the *Stipulation Resolving TCB Claims* (the "Stipulation"), attached hereto as Exhibit 1, by and between the Plan Administrator of the above-captioned Debtors' estates (the "Plan Administrator") and Texas Capital Bank ("TCB" and, together with the Debtors, the "Parties" and each, a "Party"); and after due deliberation; and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is APPROVED.

2. The Parties are authorized to consummate the terms of the Stipulation in accordance with its terms and provisions.

3. The Stipulation shall not be modified, altered, amended, or vacated without the written consent of the Parties to the Stipulation.

---

[1] The remaining debtor entities in these chapter 11 cases, along with the last four digits of each entity's federal tax identification number, are: Reverse Mortgage Investment Trust Inc. (3421) and Reverse Mortgage Funding LLC (0209). The chapter 11 cases of RMIT Cash Management LLC (6241); RMIT Operating I LLC (1844); and RMIT Operating II LLC (2301) were closed as of May 25, 2023 [Docket No. 781]. The location of the remaining Wind-Down Debtors' service address for purposes of these chapter 11 cases is: 1455 Broad Street, 2nd Floor, Bloomfield, NJ 07003.

4.  The Court retains jurisdiction with respect to all matters arising from or relating to the implementation, interpretation, and enforcement of this Stipulation.

Dated: January 16th, 2024  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE